**UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, Appellee**

Supreme Court of Pennsylvania.

Sept. 15, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 15th day of September, 2009, this appeal from the Commonwealth Court's March 26, 2009 Order is quashed for lack of jurisdiction under 42 Pa.C.S. § 723(a). The Commonwealth Court's Order was not a final order of the Commonwealth Court "entered in any matter which was originally commenced in the Commonwealth Court...." *See* 42 Pa.C.S. § 723(a); *Werner v. Zazyczny,* 545 Pa. 570, 681 A.2d 1331, 1335 n. 5 (1996).

■

**Mark L. HELPIN, Respondent**

v.

**TRUSTEES OF the UNIVERSITY OF PENNSYLVANIA, Marjorie Jeffcoat, Thomas Freitag, and Lawrence M. Levin,**

**Petition of Trustees of the University of Pennsylvania.**

Supreme Court of Pennsylvania.

Sept. 15, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this **15th** day of **September, 2009,** the Petition for Allowance of Appeal is **GRANTED,** limited to the following question:

Should damages for future income that would have been calculated as part of a business's profits be discounted to present value?